**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24-po-05022-JTJ |
| vs. | |
| NOEL MORRIS, | |
| Defendant. | **ORDER** |

Upon the Defendant's request to appear by telephone. (Doc. 4.) IT IS

HEREBY ORDERED that the Defendant may appear by telephone at the April 25,

2024 Initial Appearance.  The Clerk of Court will provide the Defendant the call-

in number.

DATED this 22nd day of April, 2024

John Johnston
United States Magistrate Judge